UNSEALED 3/6/08

**ORDERED SEALED BY COURT**

08 MAR -5 AM 9:49

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Case No. 08 MJ 0667 |
| Plaintiff, ) | |
| v. ) | SEALING ORDER |
| AHMAD H. HNAINO, ) | |
| Defendant. ) | |

IT IS HEREBY ORDERED that the Complaint (and supporting statement of facts), Arrest Warrant, Motion To Seal and Order To Seal be filed under seal.

IT IS SO ORDERED.

DATED: 3/5/08

HONORABLE CATHY ANN BENCIVENGO
United States Magistrate Judge