**ORIGINAL**

KAREN P. HEWITT
United States Attorney
TIMOTHY F. SALEL
Assistant U.S. Attorney
California State Bar No. 163597
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-6074

Attorneys for Plaintiff
United States of America

FILED

08 MAR -6 AM 11: 02

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ ᴅᴏ   DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>AHMAD H. HNAINO,<br><br>　　　　　Defendant. | Magistrate Case No. 08MJ0667<br><br>MOTION AND ORDER TO UNSEAL COMPLAINT AND ARREST WARRANT |

　　　COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Timothy F. Salel, Assistant United States Attorney, and hereby requests that the Complaint and Arrest Warrant in the above-referenced case be unsealed.

DATED: March 8, 2008.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

/s/ TIMOTHY F. SALEL
Assistant U.S. Attorney

SO ORDERED.
DATED: 3/6/08

HON. CATHY ANN BENCIVENGO
United States Magistrate Judge